UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 cv 10541

------------------------------------------------------------x
CORDELL CONSULTANTS, INC., MONEY :     Civil Action No. _____
PURCHASE PLAN, a Qualified Florida Retirement :
Plan Trust, and CORDELL FUNDING, LLLP :

                            Plaintiffs,

     - against -                                :     **RULE 7.1 STATEMENT**

EDWARD H. OKUN; SAM TRUSTEE SERVICES, :
LLC; IPOFA 5201 LENDER, LLC; INVESTMENT
PROPERTIES OF AMERICA, LLC; CROSSROADS
TRANSPORTATION & LOGISTICS, INC.; SIMONE
CONDO I, LLC; and SIMONE CONDO II, LLC,

                            Defendants.
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants IPofA 5201 Lender, LLC; Investment Properties Of America, LLC; Crossroads Transportation & Logistics, Inc.; Simone Condo I, LLC; and Simone Condo II, LLC hereby certify that they are not publicly held, and that the only parent corporation is as follows: Investment Properties Of America, LLC is the parent company of IPofA 5201 Lender, LLC.

Dated: New York, New York          GOLENBOCK EISEMAN ASSOR BELL
       November 21, 2007              & PESKOE LLP

                                                   By: _____
                                                     David J. Eiseman (DE 4584)

                                        437 Madison Avenue, 35th Floor
                                        New York, New York 10022-7302
                                        (212) 907-7300

                                        *Attorneys for Defendants IPofA 5201 Lender, LLC;*
                                        *Investment Properties Of America, LLC;*
                                        *Crossroads Transportation & Logistics, Inc.;*
                                        *Simone Condo I, LLC; and Simone Condo II, LLC*

406962.1