**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CORDELL CONSULTANTS, INC., et al.,      :
                                      :         07 Civ. 10541 (RMB)

               Plaintiffs,     :
                                        :

           - against -        :
                                        :        **ORDER**

EDWARD H. OKUN, et al.         :
                                        :

            Defendants.    :
------------------------------------------------------------x

On or about November 21, 2007, IPofA 5201 Lender, LLC, Investment Properties of

America LLC, Crossroads Transportation & Logistics, Inc., Simone Condo I, LLC and Simone

Condo II, LLC (collectively, "Defendants") removed this action from New York State Supreme

Court, New York County, pursuant to 28 U.S.C. §§ 1446 and 1452(a), on the grounds that the

case is "related to a bankruptcy case under title 11." (Notice of Removal, dated Nov. 21, 2007,

¶ 5 (citations and internal quotations omitted).) In a letter to the Court, dated December 6, 2007,

Defendants requested "that this case be referred to the Bankruptcy Court for the Southern

District of New York and, specifically, to [U.S.] Bankruptcy Judge Martin Glenn." (Letter from

Jacqueline G. Veit to Hon. Richard M. Berman, dated Dec. 6, 2007, at 1.) In a separate letter,

dated December 11, 2007, Defendants advised the Court that Plaintiffs "do not object to the

automatic referral o[r] the reference to [U.S. Bankruptcy] Judge Martin Glenn." (Letter from

Jacqueline G. Veit to Hon. Richard M. Berman, dated Dec. 11, 2007, at 1.)

Section 157(a) of Title 28 provides district courts with discretion to refer "any or all cases

under title 11 and any or all proceedings arising under title 11 or arising in or related to a case


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12 12 2007

under title 11 . . . to the bankruptcy judges for the district."[1] Delcon Constr. Corp. v. Bd. of Educ. of City of Yonkers, 299 B.R. 60, 61 (S.D.N.Y. 2003) (citing Worldcom Network Servs., Inc. v. Al-Khatib, No. 96 Civ. 4492, 1998 WL 23254, at *2 (S.D.N.Y. Jan.22, 1998).

**ORDER**

For there reasons stated here, the Clerk of the Court is respectfully requested to transfer this case to the Honorable Martin Glenn of the United States Bankruptcy Court, Southern District of New York.

Dated: New York, New York
         December 12, 2007

                                                    _RMB_
                                            _____
                                            **RICHARD M. BERMAN, U.S.D.J.**

---

[1]    See General Reference Order, issued on July 10, 1984 by then Acting Chief Judge Robert J. Ward, which stated:

> Pursuant to Section 157(a) of the Bankruptcy Amendments and Federal Judgship Act of 1984, any or all cases under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district.