UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

CORDELL CONSULTANTS, INC., MONEY     :    Civil Action No.
PURCHASE PLAN, a Qualified Florida Retirement   :    07 CV 10541 (RMB)
Plan Trust, and CORDELL FUNDING, LLLP     :

    :

    Plaintiffs,    :

    :

    - against -    :

    :

EDWARD H. OKUN; SAM TRUSTEE SERVICES,     :
LLC; IPOFA 5201 LENDER, LLC; INVESTMENT     :
PROPERTIES OF AMERICA, LLC; CROSSROADS     :
TRANSPORTATION & LOGISTICS, INC.; SIMONE     :
CONDO I, LLC; and SIMONE CONDO II, LLC,     :

    :

    Defendants.    :

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
           ) ss.:
COUNTY OF NEW YORK  )

    **Daniel Hyun Yi**, being duly sworn, deposes and says:

    1.    I am over eighteen years of age, am not a party to this action and reside within New York, New York.

    2.    On December 18, 2007, I caused to be served, true and correct copies of **(i) Suggestion of Bankruptcy** on the parties listed on the attached service list via First Class Mail and email.

_____

Daniel Hyun Yi

Sworn to before me this
18th day of December 2007

_____

Notary Public

STACY H SCHNEIDER
NOTARY PUBLIC, State of New York
No. 02SC6122117
Qualified in New York County
Commission Expires February 7, 2009

*409875.1*

## SERVICE LIST

Baker Hostetler
666 Fifth Avenue
New York, New York 10103
Attn: Douglas Spelfogel, Esq.

Edward Okun
394 South Hibiscus Drive
Miami Beach, FL 33139